UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ruben Barriera-Jimenez

   v.                                      Case No. 21-cv-309-JL

FCI-Berlin Warden Robert Hazlewood

**REPORT AND RECOMMENDATION**

    Ruben Barriera-Jimenez, an inmate at the Federal Correctional Institution in Berlin, New Hampshire ("FCI-Berlin"), has filed an amended petition (Doc. No. 4) for a writ of habeas corpus under 28 U.S.C. § 2241, seeking an order directing the respondent to apply earned time credit to his sentence, pursuant to the First Step Act, 18 U.S.C. § 3632. Mr. Barriera-Jimenez has not paid the filing fee or filed an application to proceed in forma pauperis in this matter.

    The court has notified petitioner that his failure to pay the filing fee and failure to file a motion to proceed in forma pauperis on or before August 19, 2021 could result in the dismissal of his petition. Petitioner has not responded to that court order. This court may dismiss a petitioner's § 2241 petition under such circumstances. See Young v. United States, 465 F. App'x 597, 598 (9th Cir. 2012).

    Because of petitioner's failure to pay the filing fee, failure to file a motion to obtain in forma pauperis status, and

failure to respond to court orders, the district judge should dismiss Mr. Barriera-Jimenez's § 2241 petition, without prejudice, and then direct the clerk to enter judgment and close the case. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

August 24, 2021

cc: Ruben Barriera-Jimenez, pro se
    Seth R. Aframe, Esq.